# Exhibit 6



Herbert H. Finn
Tel 312.456.8427
Fax 312.456.8435
finnh@gtlaw.com

July 27, 2023

**VIA UPS and FACEBOOK MESSENGER**

Nicholas Stella
Ryse Up Sports Nutrition LLC
4210 Blue Sage Dr.
Prosper, Texas 75078

Paige Hathaway
@paigehathaway
9131 Windy Crest Dr.
Dallas, Texas 75243

      Re:    **Your Infringement of Alani Nu's Copyright Rights in the Alani Nu x Kim Kardashian Kimade Campaign**

Dear Mr. Stella and Ms. Hathaway:

    We represent Alani Nutrition, LLC ("Alani Nu") in connection with its intellectual property matters.

    Founded in 2018, Alani Nu is a rapidly growing, premium supplement, health and nutrition company. Alani Nu offers a variety of food and beverage products, including nutritional supplements, energy drinks, protein shakes, coffee drinks, and protein bars. Alani Nu's products are sold at, among other outlets, national retailers, convenience stores, and grocery stores, including The Vitamin Shoppe, GNC, Target, Kroger, Publix, Sam's Club, Walmart, Costco, CVS, 7-Eleven and Speedway, as well as online on Amazon and Alani Nu's website at <alaninu.com>.

    As you are aware, Alani Nu recently collaborated with Kim Kardashian to launch a limited-edition, premium energy drink branded "Kimade." As part of the campaign, Alani Nu designed, created and organized a photo shoot for Ms. Kardashian to be photographed with the Alanu Nu Kimade product. The concept of the photo shoot consisted of Ms. Kardashian dressed in white, posing with gym equipment and the pink Alani Nu Kimade energy drinks in a pink colored gym, as shown below:

Greenberg Traurig, LLP | Attorneys at Law
1840 Century Park East | Suite 1900 | Los Angeles, California 90067-2121 | T +1 310.586.7700 | F +1 310.586.7800

www.gtlaw.com

July 27, 2023
Page 2



(the "Copyrighted Work"). Ms. Kardashian and Alani Nu posted the Copyrighted Work from this photo shoot on Instagram to promote the Alani Nu Kimade product on July 10 and quickly received nearly 2.1 million likes by consumers.

Alani Nu is the owner of rights in the Copyrighted Work and the images associated with the Alani Nu Kimade campaign. Thus, Alani Nu has the exclusive rights to reproduce the Copyrighted Work; and to prepare derivative works based on the Copyrighted Work. See 17 U.S.C. § 106.

Alani Nu has become aware that Ryse Up Sports Nutrition LLC ("Ryse Up") and Paige Hathaway ("Hathaway") (Ryse Up and Hathaway collectively referred to as "You") have collaborated in complete and willful disregard of Alani Nu's rights to knock-off Alani Nu's Kimade marketing campaign by creating an unauthorized derivative work of the Copyrighted Work, as shown below:

July 27, 2023
Page 3



(the "Infringing Work"). You are brazenly using the Infringing Work to promote RYSE FUEL RingPop Berry Blast an energy drink that directly competes with Alani Nu's energy drinks – including its Kimade energy drink. Indeed, the Alani Nu Kimade product is sold directly next to Ryse Up's RYSE FUEL RingPop Berry Blast energy drink on store shelves as shown below:



July 27, 2023
Page 4

A side-by-side comparison of the Copyrighted Work with the Infringing Work is below:



The Copyrighted Work and Infringing Work are for all intents and purposes identical. They both contain a blonde woman, dressed in white, standing with the same exact gym equipment (i.e., bench with barbell, rings, and dumbbells) arranged and positioned in the same exact orientations, with a single pink energy drink can underneath the woman, pink energy drinks on a tray to the left of the woman, all in a pink colored gym. The similarities are so vast that there is no other explanation that You intended a slavish copy.

Your willful and unauthorized creation and use of the Infringing Work to market and sell a product that is designed to directly compete with Alani Nu's products comprises, amongst other things, serious acts of infringement and unfair competition under the Copyright Act and Lanham Act (17 U.S.C. § 501; and 15, U.S.C. § 1125(a)), as well as other applicable state trademark laws. Your continued use of the Infringing Work is likely to generate confusion in the marketplace or lead to deception as to the source or origin for the beverages -- exposing Alani Nu to irreparable harm. Indeed, consumers have already drawn the unavoidable connections to the Alani Nu's Kimade campaign, with comments including:

- "Super weird to copy @alaninutrition"

- "Is this a copy cat to the @kimkardashian and @alaninutrition drink!?"

- "Absolutely a big fan of yours & no disrespect but why #1 throw shade at another woman and #2 and most importantly, copy another person's energy drink ad???" 😬😬"

Such unlawful conduct subjects You to such remedies as: injunctive relief; the impounding and destruction of infringing materials; liability for Alani Nu's damages and irreparable injury to its goodwill and reputation, any additional profits You may have realized or may realize from such infringing activity; and/or Alani Nu's attorney's fees and costs. Since Your conduct is willful, Alani Nu would be entitled to enhanced damages.

July 27, 2023
Page 5

      Alani Nu takes unauthorized uses of its valuable intellectual property very seriously, and aggressively enforces its rights, when necessary. Accordingly, we demand that You (i) immediately cease and desist from the distribution of the Infringing Work; (ii) immediately cease and desist from displaying the Infringing Work on Instagram; and (iii) send Alani Nu an accounting of sales for the Ryse Up energy drink products since Ms. Hathaway posted the Infringing Work.

      Alani Nu is prepared to take action to protect its valuable rights but would prefer to amicably resolve this matter. To that end, please provide us with confirmation, in writing, by no later than close of business ("COB") on July 28, 2023 that the Infringing Work has been completely removed from all social media channels together with a complete accounting of sales, both quantities and dollars. After receipt of your confirmation and the requested information, we will be in a better position to discuss your payment for your willful conduct. Should we not receive the requested information by COB tomorrow, we've been authorized to file a lawsuit in Federal Court to address Your willful infringement where we will seek reimbursement for the entire multi-million dollar marketing campaign, treble damages and reimbursement of Alani Nu's attorney fees.

      Very truly yours,

*[signature: Herbert H. Finn]*

Herbert H. Finn